IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LAWRENCE FAUNTLEROY,
    Plaintiff,

v.

DEKALB COUNTY, *et al.*,
    Defendants.

Civil Action No.
1:20-cv-02254-SDG

**OPINION AND ORDER**

This matter is before the Court for consideration of the Final Report and Recommendation (R&R) entered by United States Magistrate Judge J. Clay Fuller [ECF 18], which recommends that this action be dismissed for failure to state a claim and denies various motions for leave to amend by Plaintiff Lawrence Fauntleroy. Fauntleroy objected to the R&R.[1]

A party challenging a report and recommendation issued by a United States Magistrate Judge must file written objections that specifically identify the portions of the proposed findings and recommendations to which an objection is made and must assert a specific basis for the objection. *United States v. Schultz*, 565 F.3d 1353, 1361 (11th Cir. 2009). The district court must "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *Jeffrey S. ex rel. Ernest S. v. State Bd.*

---

[1] ECF 20.

*of Educ. of Ga.*, 896 F.2d 507, 512 (11th Cir. 1990). "'Frivolous, conclusive, or general objections need not be considered by the district court.'" *Schultz*, 565 F.3d at 1361 (quoting *Marsden v. Moore*, 847 F.2d 1536, 1548 (11th Cir. 1988)).

Fauntleroy's objections concern the substantive allegations in his Complaint, which the R&R concluded was frivolous and did not state a claim.[2] The R&R indicates that the pleading fails to comply with the Federal Rules of Civil Procedure (specifically, Rules 8, 10, and 20).[3] Fauntleroy has not identified any portion of the R&R to which he objects or provided a basis for his general objection to the dismissal recommendation.[4] These objections are of the conclusive and general nature that the Court need not consider.

Finding no factual or legal error in the R&R, it is **ADOPTED** as the Order of this Court. The Clerk is **DIRECTED** to **DISMISS** this case **WITHOUT PREJUDICE**.

---

[2]   ECF 18, at 5–7.

[3]   *Id.*

[4]   *See generally* ECF 20.

The Clerk is further **DIRECTED** to **SEAL** Fauntleroy's objections [ECF 20], which identify the minor victim in the criminal case pending against him as well as the nature of the sexual abuse he allegedly perpetrated against that victim.

**SO ORDERED** this 22nd day of February, 2022.

_____
Steven D. Grimberg
United States District Court Judge